**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **DIETGOAL INNOVATIONS LLC** | § | |
| | § | |
| **V.** | § | No. 2:12CV328 |
| | § | |
| **CALORIEKING WELLNESS** | § | |
| **SOLUTIONS, INC.** | § | |

## FINAL JUDGMENT

In accordance with the Court's Order Granting Plaintiff's Notice of Dismissal of Defendant Without Prejudice, it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby **DENIED**.

**It is SO ORDERED.**

**SIGNED** this 27th day of August, 2012.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE